In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-158 CV


____________________



DANIEL D'ARCY, M.D., AND DARLA NUNN, M.D., Appellants



V.



MELISSA COOPER, INDIVIDUALLY AND AS NEXT FRIEND OF 


JACOB CADE COOPER, A MINOR, Appellee






On Appeal from the 58th District Court


Jefferson County, Texas


Trial Cause No. A-173,013






MEMORANDUM OPINION


 The appellants, Daniel D'Arcy, M.D., and Darla Nunn, M.D., filed a motion to
dismiss this accelerated interlocutory appeal. The Court finds that this motion is
voluntarily made by the appellants prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. The motion
to dismiss is granted and the appeal is dismissed without reference to the merits of the
appeal. Appellate costs are assessed against the appellants. 

 

 ___________________________

 CHARLES KREGER

 Justice


Opinion Delivered August 25, 2005

Before McKeithen, C.J., Kreger and Horton, JJ.